IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER JACKSON,

        Plaintiff,

  v.

GREGORY REIBER, M.D., RICHARD BOWDEN, Toxicologist,

        Defendants.

                                        /

No. C-10-4395 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without leave to amend.

Dated: November 22, 2010                                    Richard W. Wieking, Clerk

                                                                      *Tracy Lucero*

                                                                         By: Tracy Lucero
                                                                         Deputy Clerk